```
            IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE WESTERN DISTRICT OF OKLAHOMA
```

IN RE:                                          CHAPTER 13

AARON WAYNE PILGRIM                             CASE NO. 06-13565 NLJ

      Debtor(s).


COMPLETED
_____
                  NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES. THE FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT (90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a) AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 02/01/2011 | 946204 | AARON PILGRIM | 2763 CO ST 2860<br>CHICKASHA, OK 73018 | $ 8.33 |

DATED: 06/14/2011

```
                          /s/ John Hardeman
                          _____
                          CHAPTER 13 TRUSTEE
                          P.O. BOX 1948
                          OKLAHOMA CITY, OK 73101
                          (405)236-4843

                                            #334/LB
```